ACCEPTED
03-14-00695-CR
6266047
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 9:24:51 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00695-CR

| | | |
|---|---|---|
| **PAUL DANIEL CAMPBELL** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/29/2015 9:24:51 AM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 33 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Intoxication Manslaughter with a Vehicle, a second-degree felony. After his conviction by a jury – which also made an affirmative finding of a deadly weapon – Appellant was sentenced to 17 years of confinement in the Texas Department of Criminal Justice. Appellant's brief was initially due March 19, 2015. After two motions for extension were granted, Appellant filed his brief on May 28, 2015. The State's Brief is currently due on July 29, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. I filed the State's brief in 03-14-00639-CR on July 13, 2015. I have reviewed - and, when required, filed an answer to – expunctions and nondisclosures; within the past two weeks, I have also prepared an expunction petition and order and performed other research related to expunctions. I have recently assisted other attorneys in the office with issues in their appeals, including a trial court hearing on a dispute related to a reporter's record in 03-14-00570-CR and findings of fact and conclusions of law in a remanded State's appeal in 03-15-00153-CR. Additionally, I have assisted other attorneys in the office – and in one instance, an attorney from another county's office – by researching various issues that have arisen in their trials. I am currently attempting to finish the State's brief in 03-14-00818-CR. Upon completing that brief, I must finish the State's brief in 03-15-00079-CR. I have not yet been able to work on a response in the instant case, and respectfully request an extension of 33 days to file the State's brief. This is the second extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 33 days, until August 31, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant PAUL DANIEL CAMPBELL's attorney in this matter:

Amanda Erwin
amanda@theerwinlawfirm.com
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 29th day of July, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**
